| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) GUIN, J. FOY, JR. | 2. Court or Organization U.S.DISTRICT COURT, N.D. ALA. | 3. Date of Report 05/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U. S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 1729 FIFTH AVENUE NORTH SUITE 918 BIRMINGHAM, ALABAMA 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Alabama Law Institute |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 9: 54 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | (See Section VIII for explana- | Downtown Rotary Club, B'ham | $ 0.0 |
| 2. | tion.) | | $ 0.0 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/3 interest in lot located in Haleyville, Ala. | A | Rent | J | W | | | | | |
| 2. Regions Bank (AmSouth Bank merged with Regions) | A | Interest | J | T | | | | | |
| 3. Regions Bank (checking) | A | Interest | J | T | | | | | |
| 4. B'ham Fed Employees Fed Cr Union (sav/cking) | A | Interest | J | T | | | | | |
| 5. ExxonMobil Corp com | E | Dividend | P1 | T | | | | | |
| 6. AT&T (SBC Comm changed name) | B | Dividend | L | T | | | | | |
| 7. FMI Funds | A | Dividend | J | T | | | | | |
| 8. IRA ACCT. A | A | Div & int | K | T | | | | | |
| 9. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 10. -Teco Energy Inc com. | | | | | | | | | |
| 11. -AmSouth Bancorpation com | | | | | Merged | 11/06 | | | Regions Financial Corp |
| 12. -Regions Financial Corp com | | | | | Merger | 11/06 | | | |
| 13. -Home Depot, Inc com | | | | | | | | | |
| 14. -Disney Walt Co Holding Co | | | | | | | | | |
| 15. -Dow Chem Co | | | | | | | | | |
| 16. IRA ACCT. B | C | Div & Int | M | T | | | | | |
| 17. -Applied Materials Inc com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Bank of America Corp com | | | | | | | | | |
| 19. -General Electric Corp com | | | | | | | | | |
| 20. -Merck & Co Inc com | | | | | | | | | |
| 21. -Pershing Govt Fund (Money market fund) | | | | | | | | | |
| 22. -Sun Microsystems Inc com | | | | | Sell | 0509 | J | A | |
| 23. -Stanley Works com | | | | | Sell | 01/27 | J | A | |
| 24. -Johnson & Johnson com | | | | | Sell | 11/14 | J | B | |
| 25. -Firserv, Inc com | | | | | Sell | 06/01 | J | A | |
| 26. -Lowes Cos, Inc com | | | | | | | | | |
| 27. -Nokia Corp Sponsored ADR | | | | | Sell | 03/08 | J | A | |
| 28. -Home Depot, Inc | | | | | | | | | |
| 29. -Grainger, WW, Inc | | | | | | | | | |
| 30. -Alberto Culver | | | | | Sell | 09/22 | J | A | |
| 31. -Lubrizol Corp | | | | | | | | | |
| 32. -Masco Corp | | | | | Sell | 02/15 | J | A | |
| 33. -Elkcorp | | | | | Sell | 11/16 | J | A | |
| 34. -Dow Chemical Co | | | | | Buy | 02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Dell, Inc | | | | | Buy | 04/03 | J | | |
| 36.   -Timken Co | | | | | Buy | 04/18 | J | | |
| 37.   -Motorola, Inc | . | | | | Buy | 11/21 | J | | |
| 38.   -Coca Cola Co | | | | | Buy | 12/04 | J | | |
| 39.   -Worthington Inds,Inc | | | | | Buy | 12/18 | J | | |
| 40.   IRA ACCT. C | A | Div & Int | K | T | | | | | |
| 41.   -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 42.   -Johnson & Johnson com | | | | | Sell | 11/14 | J | A | |
| 43.   -General Electric Co com | | | | | | | | | |
| 44.   -Nokia Corp Sponsored ADR | | | | | Sell | 03/08 | J | A | |
| 45.   -Home Depot, Inc | | | | | | | | | |
| 46.   -Grainger, WW, Inc | | | | | Buy | 03/09 | J | | |
| 47.   -Motorola, Inc | | | | | Buy | 11/21 | J | | |
| 48.   BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 49.   -Barrick Gold com | A | Dividend | J | T | | | | | |
| 50.   -Abbott Laboratories com. | A | Dividend | J | T | | | | | |
| 51.   -Hewlett-Packard Inc. com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Nokia Corp Sponsored ADR | A | Dividend | J | T | | | | | |
| 70.   -Johnson & Johnson com | A | Dividend | J | T | | | | | |
| 71.   -Allstate Corp com | A | Dividend | J | T | | | | | |
| 72.   -ChevronTexaco Corp com | A | Dividend | J | T | | | | | |
| 73.   -3M Company com | A | Dividend | K | T | | | | | |
| 74.   -Colgate-Palmolive Co com | A | Dividend | J | T | | | | | |
| 75.   -Walgreen Co com | A | Dividend | J | T | | | | | |
| 76.   -Sysco Corp com | A | Dividend | J | T | | | | | |
| 77.   -Grainger, WW, Inc | A | Dividend | K | T | | | | | |
| 78.   -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 79.   -Merck & Co, Inc | A | Dividend | J | T | | | | | |
| 80.   -United Parcel Service, Inc | A | Dividend | J | T | | | | | |
| 81.   -United Parcel Service, Inc | | None | | | Buy | 12/14 | J | | |
| 82.   -Harley-Davidson, Inc | A | Dividend | J | T | Buy | 01/20 | J | | |
| 83.   -Intel Corp | A | Dividend | J | T | Buy | 04/21 | J | | |
| 84.   -Royal Dutch Shell PLC | A | Dividend | J | T | Buy | 06/14 | J | | |
| 85.   -Illinois Tool Works, Inc | | None | J | T | Buy | 11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 87.   -AmSouth Bancorp com | A | Dividend | | | Merged | 11/06 | | | Regions Financial Corp |
| 88.   -Regions Financial Corp | | None | J | T | Merger | 11/06 | | | |
| 89.   -Protective Life Corp com | A | Dividend | J | T | | | | | |
| 90.   -Citibank NA Bank Deposit Program (Money market fund) | A | Interest | J | T | | | | | |
| 91.   -General Electric Co com | A | Dividend | J | T | | | | | |
| 92.   -Intel Corp | A | Dividend | J | T | | | | | |
| 93.   BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 94.   -Federal Government Reserves | A | Dividend | J | T | | | | | |
| 95.   -Disney Walt Co Holding Co | A | Dividend | J | T | | | | | |
| 96.   -Grainger, WW, Inc | A | Dividend | J | T | | | | | |
| 97.   Scudder Var. Life Invest. Fund (Charter Nat'l - money market | | None | L | T | | | | | |
| 98.   ▇▇▇▇▇▇ Test Tr for J. Foy Guin | C | Dividend | O | T | | | | | |
| 99. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item V. Other gifts

I hold an honorary membership in the Downtown Rotary Club in Birmingham, Alabama. I have attend six to eight meetings per year, but pay only for meals. I have no vote and take no part in the club policy or decision making. Value of membership is unknown. As explained in my letter of July 6, 1995, an appropriate dollar value for this honorary menbership would be no more than $1.00. I am really only a guest who pays $10.00 for a $5.00 meal. In no way can this honorary menbership be said to have any value. There is no such thing as "a basic membership with like privileges".

Item VII. Investments and Trusts

Line number 98 (████████ Test Tr for J. Foy Guin) was not listed on the 2005 report. The trust was held and managed by Regions Bank Trust Departement. I have not received any income from the trust before 2006 and it was inadvertently left off the prior reports. The trust was terminated on May 5, 2007. The trust and the assets distributed from the trust will be reported on the 2007 report.

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/11/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date _May 14, 2007_

NOTE: A ... Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRI...

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544